**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINA
ALEXANDRIA DIVISION**

PHILIP L. WILSON,

      Plaintiff,                        CASE NO.: 1:20-cv-1525

vs.

CAPITAL ONE BANK (USA) N.A.,

      Defendant.
_____/

## NOTICE OF SETTLMENT

      Plaintiff, Philip Wilson, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement in this action. Upon full execution of the settlement agreement and compliance with all terms set forth therein, this matter will be dismissed with prejudice.

      Respectfully submitted,

      **HYATT BROWNING SHIRKEY LAW FIRM, PLC**
      3048 Brambleton Ave S.W.
      Roanoke, VA 24015
      Tel: 540-324-9288
      Fax: 540-986-2199
      Email: hyatt@hbsesqfirm.com

      By:    /s/ Hyatt Shirkey_____
             Hyatt Browning Shirkey
             Virginia Bar No. 80926

*PRO HAC VICE COUNSEL*

**THE SCHWARTZ LAW FIRM, P.A.**
1646 W. Snow Ave., Suite 46
Tampa, FL 33606
Tel: (813) 537-3600
Email: mschwartz@tslfirm.com

By:  /s/ Matthew L. Schwartz
       Matthew L. Schwartz
       Fla. Bar. No. 15713

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

       /s/ Matthew L. Schwartz
       Matthew L. Schwartz
       Fla. Bar. No. 15713

       /s/ Hyatt Shirkey
       Hyatt Browning Shirkey
       Virginia Bar No. 80926