UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**PHILIP WILSON,**

        **Plaintiff,**

v.                                Civil Action No. 1:20-cv-01525

**CAPITAL ONE BANK (USA), N.A.,**

        **Defendants.**

**STIPULATION OF DISMISSAL**

COMES NOW, the Plaintiff, Philip Wilson, by counsel, together with Capital One Bank (USA), N.A., by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby STIPULATE to dismissal of the action with prejudice. The court shall retain jurisdiction for purposes of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994).

It is so STIPULATED.

                                Respectfully submitted,

                                By: /s/ Hyatt Browning Shirkey
                                Hyatt Browning Shirkey
                                Virginia Bar No. 80926
                                HYATT BROWNING SHIRKEY LAW FIRM
                                3048 Brambleton Ave S.W.
                                Roanoke, VA 24015
                                T: 540-324-9288
                                F: 540-986-2199
                                E-mail: hyatt@hbseqfirm.com
                                *Counsel for Plaintiff*

<u>*PRO HAC VICE* COUNSEL</u>

By: /s/ Matthew L. Schwarts
Matthew L. Schwartz
Florida Bar No. 15713
THE SCHWARTZ LAW FIRM, P.A.
1646 W. Snow Ave., Suite 46
Tampa, FL 33606
T: 813-537-3600
E-mail: mschwartz@tslfirm.com
*Counsel for Plaintiff*

/s/ John D. Sadler
John D. Sadler, Esq.
BALLARD SPAHR LLP (DC)
1909 K Street NW
12th Floor
Washington, DC 20006
Email: sadlerj@ballardspahr.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: /s/ Matthew L. Schwarts
Matthew L. Schwartz
Florida Bar No. 15713
THE SCHWARTZ LAW FIRM, P.A.
1646 W. Snow Ave., Suite 46
Tampa, FL 33606
T: 813-537-3600
E-mail: mschwartz@tslfirm.com
*Counsel for Plaintiff*